NOTE: This order is nonprecedential.

# United States Court of Appeals for the Federal Circuit

---

**SANOFI-AVENTIS DEUTSCHLAND GMBH,**
*Plaintiff-Appellee,*

v.

**GENENTECH, INC.,**
*Defendant-Appellant,*

AND

**BIOGEN IDEC INC.,**
*Defendant.*

---

2012-1454

---

Appeal from the United States District Court for the Northern District of California in consolidated case nos. 08-CV-4909 and 09-CV-4919, Judge Susan Illston.

---

## ON MOTION

---

## ORDER

PER CURIAM.

Genentech, Inc. moves to expedite oral argument. The appellees oppose in part.

Upon consideration thereof,

IT IS ORDERED THAT:

The motion is denied. Oral argument will be scheduled in the usual course after the briefs have been filed.

FOR THE COURT


__JUL 2 0 2012__          /s/ Jan Horbaly
Date                      Jan Horbaly
                          Clerk

cc: Charles K. Verhoeven, Esq.
    William E. Solander, Esq.

s8

FILED
U.S. COURT OF APPEALS FOR
THE FEDERAL CIRCUIT

JUL 2 0 2012

JAN HORBALY
CLERK